CADDEN & FULLER LLP
Thomas H. Cadden, Bar No. 122299
Email: tcadden@caddenfuller.com
Ignacio J. Lazo, Bar No. 105945
Email: ilazo@caddenfuller.com
Nathaniel J. Tarvin, Bar No. 251094
Email: ntarvin@caddenfuller.com
114 Pacifica, Suite 450
Irvine, California 92618-3326
Telephone: (949) 788-0827

JS-6

Attorneys for Debtor and Debtor in Possession
Terra Linda Properties, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>TERRA LINDA PROPERTIES, LLC,<br><br>    Debtor and Debtor in Possession | Case EDCV10-01897-DMG<br>U.S. Bankruptcy Court Case No.:<br>No. 6:10-bk-10923-TD<br><br>**ORDER DISMISSING APPEAL**<br>**[13]** |

    Having reviewed the Stipulation To Dismiss Appeal From Order Granting Motion For Relief From Automatic Stay entered into by Appellant Terra Linda Properties, LLC and Appellee California Bank and Trust,

    IT IS ORDERED:

    1.    The Appeal From Order Granting Motion for Relief From Automatic Stay is hereby dismissed; and

RUC02-02

- 1 -

ORDER APPROVING STIPULATION TO DISMISS APPEAL, ORDER DISMISSING APPEAL

2.    Each party will bear its own attorneys' fees and costs incurred on appeal.

IT IS SO ORDERED.

DATED:  February 11, 2011

_____
DOLLY M. GEE
United States District Judge